UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVID SHOWS,<br><br>      Plaintiff<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | Case No. EDCV 15-131-GJS<br><br>**JUDGMENT** |

    Pursuant to the parties' Stipulation To Voluntarily Dismiss The Complaint filed on September 11, 2015,

    IT IS ADJUDGED that this action is DISMISSED.

DATED: September 14, 2015

_____
GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE